# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1273
LT Case No. 2018-CF-039868-A

_____

JEFFREY A. ADAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Stephen G. Henderson, Judge.

Jeffrey A. Adams, Crawfordville, pro se.

No Appearance for Appellee.

December 9, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____